**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| Debtor(s): | **Rios, Maximino** | § | Case No. |
|---|---|---|---|
| | **Rios, Abigail Uy** | § § § | Chapter: **Chapter 13** |

## CHAPTER 13 PLAN

**CHECK ONE:**

☑ The Debtor* certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

☐ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

*All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**1. MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of ____60____ months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

(A) **$1,264.00** for months **1** through **60**

**2. ADMINISTRATIVE ATTORNEY'S FEES.**

Base Fee **$3,500.00**    Total Paid Prepetition **$2,000.00**    Balance Due **$1,500.00**

Estimated Additional Fees Subject to Court Approval _____

Attorney's Fees Payable through Plan    **Mo. 1 - 4, $318.60**
                                        **Mo. 5, $225.60** Monthly (subject to adjustment)

**3. PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|

**None.**

**4. TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5. SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments and Arrears, if any, Paid Creditor / Collateral Address Reg. Mo. Pmt. Arrears through the Plan.** If the Plan provides to cure prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| 3956 | Seterus Inc | 3 BR, 2 BA, with attached garage. 30609 Double Dr Wesley Chapel, FL 33545-4231 | $819.00 | | $11,742.44 |

*Continuation Sheet # 1*

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.**
If Debtor is successful in obtaining a mortgage modification at any time during the case, payments on the modified mortgage shall be paid through the Plan. Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for homestead property, the lesser of 31% of the gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowner association fees), or the normal monthly contractual mortgage payment, or (2) for non-homestead, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|//
| None. | | | |

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.**
Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Interest @ __% |
|---|---|---|---|---|---|---|
| None. | | | | | | |

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.**
Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Interest @ __% |
|---|---|---|---|---|---|
| None. | | | | | |

**(E) Claims Secured by Personal Property - Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Regular Payment | Arrearages |
|---|---|---|---|---|
| None. | | | | |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.**
The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem and in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral |
|---|---|---|
| 0001 | Sierra Auto Finance LI | 2012 Volkswagon Passat<br>Good condition |
| | Aaron's Rent to Own | Sofa, love seat, and table. Subject to lien. |

**(G) Liens to be Avoided per 11 U.S.C. § 522 or Stripped Off per 11 U.S.C. § 506.**
A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct No. | Creditor | Collateral Description/Address |
|---|---|---|
| None. | | |

**(H) Surrender of Collateral/Leased Property.**
Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem and in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

*Continuation Sheet # 2*

| **Last 4 Digits of Acct No.** | **Creditor** | **Property/Collateral to be Surrendered** |
|---|---|---|

**None.**

**(I) Other Secured Claims.**
Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated *in rem* as to Debtor and *in rem and in personam* as to any codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

| **Last 4 Digits of Acct No.** | **Creditor** | **Property/Collateral** |
|---|---|---|

**None.**

### 6. LEASES/EXECUTORY CONTRACTS.

| **Last 4 Digits of Acct No.** | **Creditor** | **Property** | **Assume/ Reject-Surrender** | **Est. Arrears** |
|---|---|---|---|---|

**None.**

### 7. GENERAL UNSECURED CREDITORS.

General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than **$5,873.56**

### 8. ADDITIONAL PROVISIONS:

(A)  Unless otherwise ordered, secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

(B)  Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C)  Property of the estate (check one)*

   (1) ☑ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

   (2) ☐ shall vest in Debtor upon confirmation of the Plan.

   *If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D)  The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim shall control, unless the Court orders otherwise.

(E)  Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan shall control prior to confirmation; after confirmation the Order Confirming Plan shall control.

*Continuation Sheet # 3*

(F)  Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise consented to by the Trustee or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without first having obtained the Trustee's following year's tax liability. consent or court approval.**

**9. NONCONFORMING PROVISIONS:**

 /s/ Maximino Rios                                                              Dated: _____
**Rios, Maximino**


 /s/ Abigail Uy Rios                                                             Dated: _____
**Rios, Abigail Uy**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: **Rios, Maximino**
      **Rios, Abigail Uy**

CASE NO
CHAPTER **13**

# PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

*The following payments schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.*

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---|---|---|---|---|---|---|---|---|
| Mitchell, Jonathan | $1,500.00 | 0.00% | $0.00 | $318.60 | $318.60 | $318.60 | $318.60 | $225.60 | - |
| Seterus Inc | $158,427.00 | 4.50 % | $33,352.21 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| Seterus Inc (arrearage) | $11,742.44 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $93.00 | $318.60 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---|---|---|---|---|---|---|---|---|
| Mitchell, Jonathan | $1,500.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Seterus Inc | $158,427.00 | 4.50 % | $33,352.21 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| Seterus Inc (arrearage) | $11,742.44 | 0.00% | $0.00 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---|---|---|---|---|---|---|---|---|
| Mitchell, Jonathan | $1,500.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Seterus Inc | $158,427.00 | 4.50 % | $33,352.21 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| Seterus Inc (arrearage) | $11,742.44 | 0.00% | $0.00 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---|---|---|---|---|---|---|---|---|
| Mitchell, Jonathan | $1,500.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Seterus Inc | $158,427.00 | 4.50 % | $33,352.21 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| Seterus Inc (arrearage) | $11,742.44 | 0.00% | $0.00 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---|---|---|---|---|---|---|---|---|
| Mitchell, Jonathan | $1,500.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Seterus Inc | $158,427.00 | 4.50 % | $33,352.21 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| Seterus Inc (arrearage) | $11,742.44 | 0.00% | $0.00 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---|---|---|---|---|---|---|---|---|
| Mitchell, Jonathan | $1,500.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Seterus Inc | $158,427.00 | 4.50 % | $33,352.21 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| Seterus Inc (arrearage) | $11,742.44 | 0.00% | $0.00 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: **Rios, Maximino**
**Rios, Abigail Uy**

CASE NO
CHAPTER **13**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DISTRIBUTION TO GENERAL UNSECURED: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 |
| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 37** | **MONTH 38** | **MONTH 39** | **MONTH 40** | **MONTH 41** | **MONTH 42** |
| Mitchell, Jonathan | $1,500.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Seterus Inc | $158,427.00 | 4.50 % | $33,352.21 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| Seterus Inc (arrearage) | $11,742.44 | 0.00% | $0.00 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 | $179.84 |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 |
| | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $1,137.60 | $998.84 |
| | DISTRIBUTION TO GENERAL UNSECURED: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $138.76 |
| | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 |
| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 43** | **MONTH 44** | **MONTH 45** | **MONTH 46** | **MONTH 47** | **MONTH 48** |
| Mitchell, Jonathan | $1,500.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Seterus Inc | $158,427.00 | 4.50 % | $33,352.21 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| Seterus Inc (arrearage) | $11,742.44 | 0.00% | $0.00 | - | - | - | - | - | - |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 |
| | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| | DISTRIBUTION TO GENERAL UNSECURED: | | | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 |
| | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 |
| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 49** | **MONTH 50** | **MONTH 51** | **MONTH 52** | **MONTH 53** | **MONTH 54** |
| Mitchell, Jonathan | $1,500.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Seterus Inc | $158,427.00 | 4.50 % | $33,352.21 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| Seterus Inc (arrearage) | $11,742.44 | 0.00% | $0.00 | - | - | - | - | - | - |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 |
| | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| | DISTRIBUTION TO GENERAL UNSECURED: | | | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 |
| | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 |
| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 55** | **MONTH 56** | **MONTH 57** | **MONTH 58** | **MONTH 59** | **MONTH 60** |
| Mitchell, Jonathan | $1,500.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Seterus Inc | $158,427.00 | 4.50 % | $33,352.21 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| Seterus Inc (arrearage) | $11,742.44 | 0.00% | $0.00 | - | - | - | - | - | - |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 | $1,264.00 |
| | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 | $819.00 |
| | DISTRIBUTION TO GENERAL UNSECURED: | | | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 | $318.60 |
| | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 | $126.40 |